UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **5:23-cv-02107-WDK (MAA)** | Date:  **September 13, 2024** |
| Title  **Francisco H. Prado v. County of Riverside et al.** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause Why This Court Should Not Recommend Dismissal

On January 25, 2024, the Court issued an Order Dismissing Complaint With Leave to Amend ("Order"). (Order, ECF No. 13.) The Court ordered Plaintiff Francisco H. Prado ("Plaintiff") to, no later than February 26, 2024, either: (1) file a First Amended Complaint ("FAC"); (2) proceed with—and request that the Court reinstate—the Complaint; or (3) voluntarily dismiss the action. (*Id*. at 9–11.) The Court cautioned Plaintiff that "**failure to respond to th[e] Order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). See** C.D. Cal. L.R. 41-1." (*Id*. at 11.)

In the absence of a response from Plaintiff, on March 11, 2024, the Court issued an Order to Show Cause Why This Court Should Not Recommend Dismissal ("OSC"). (OSC, ECF No. 15.) The Court ordered Plaintiff to show cause by April 10, 2024 why the Court should not recommend that the case be dismissed for want of prosecution. (*Id*.) The Court also stated that "[i]f Plaintiff files a FAC, notice that he wishes to proceed with the Complaint, or a Notice of Dismissal (form attached to this order) on or before that date, this Order to Show Cause [would] be discharged, and no additional action need[ed] be taken." (*Id*.) The Court again cautioned Plaintiff that "**failure to comply with th[e] order may result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1**." (*Id*.)

On March 29, 2024, Plaintiff filed a letter ("Letter," ECF No. 18), for which the Clerk issued a Notice of Deficiency (ECF No. 19). In the Letter, Plaintiff stated that he filed everything in a timely manner, the case cannot be dismissed based on writing the wrong month on his pleading, and he wished to proceed with the action. (Letter 1.) As Plaintiff appeared to have misunderstood the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **5:23-cv-02107-WDK (MAA)**                              Date:  **September 13, 2024**

Title     **Francisco H. Prado v. County of Riverside et al.**

Court's Order Dismissing Complaint and OSC, the Court *sua sponte* extended Plaintiff's deadline to respond to the Order Dismissing Complaint and OSC to May 6, 2024.  (ECF No. 20.)

On May 7, 2024, Plaintiff filed a document titled "Motion: Order to Show Cause Pursuant to Federal Rule of Civil Procedure 41(b)," in which he requested the Court grant the relief sought in the Complaint.  (ECF No. 22.)  On May 29, 2024, the Court issued an Order discharging the OSC and *sua sponte* extending the deadline to file a response to the Order to June 28, 2024.  (ECF No. 24, at 2.)  The Court reminded Plaintiff that a response to the Order could be a FAC, a Notice asking the Court to reinstate the Complaint, or a request for dismissal.  (*Id*.)

On June 28, 2024, Plaintiff filed an Application for Extension of Time to File a Notice to Reinstate the Complaint, in which he sought a thirty-day extension to file a Notice to reinstate the Complaint ("Motion").  (Mot., ECF No. 26.)  On July 12, 2024, the Court granted the Motion and extended the deadline to file the Notice to reinstate the Complaint to no later than August 12, 2024.  The Court again cautioned Plaintiff that "**failure to comply with th[e] order may result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1**."  (*Id*.)

To date, Plaintiff has not filed a Notice to reinstate the Complaint or otherwise filed a response to the Order.  Plaintiff is **ORDERED TO SHOW CAUSE** by **October 13, 2024** why the Court should not recommend that the case be dismissed for want of prosecution and failure to comply with Court orders.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff files a Notice to reinstate the Complaint, FAC, or a Notice of Dismissal (form attached to this order) on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

Given Plaintiff's filings, it appears to the Court that he wishes to proceed with this action.  What is not clear to the Court is whether he wants the Court to reinstate his original Complaint or he wants to file a FAC.  So, to be abundantly clear, if Plaintiff wishes the Court to proceed with the action through his original complaint, he needs simply ask the Court, by October 13, 2024, to reinstate his Complaint – i.e., I would like to proceed with my original complaint and ask that the Court reinstate it.  If, on the other hand, Plaintiff wishes the Court to proceed with an amended complaint, he needs simply file a FAC by October 13, 2024.  No further extensions will be granted absent extenuating circumstances.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **5:23-cv-02107-WDK (MAA)**                                                   Date:  **September 13, 2024**

Title     **Francisco H. Prado v. County of Riverside et al.**

    **Plaintiff is advised that failure to comply with this order may result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

    It is so ordered.

<u>Attachment</u>

Notice of Dismissal