JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO H. PRADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　　Defendants. | Case No. 5:23-cv-02107-WDK-MAA<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (Doc. No. 1), the other records on file herein, and the Report and Recommendation of United States Magistrate Judge (Doc. No. 35). Further, the time for filing objections expired on November 21, 2024, and no objections were made. (*See* Doc. No. 34.) The Court accepts the findings and recommendations of the Magistrate Judge. Accordingly, the "Reconsideration for: Report and Recommendation of United States Magistrate Judge" filed by the plaintiff on December 23, 2024 is denied as **MOOT.** (Doc. No. 37.)

　　　**IT THEREFORE IS ORDERED** that:

　　　(1)　The Report and Recommendation of United States Magistrate Judge is **ACCEPTED**;

(2) The Complaint and this lawsuit are **DISMISSED**; Judgment shall be **ENTERED DISMISSING** this lawsuit **WITH PREJUDICE AND WITHOUT LEAVE TO AMEND**.

IT IS SO ORDERED.

DATED: May 22, 2025

HONORABLE WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE