JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO H. PRADO,<br><br>            Plaintiff,<br><br>     v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>            Defendants. | Case No. 5:23-cv-02107-WDK-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

IT IS SO ORDERED.

DATED: May 22, 2025

HONORABLE WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE